UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GAZI A. HOSSAIN,

                Plaintiff,              ORDER
                                                            05-CV-1210 (NGG)

v.

STRAUSS DISCOUNT AUTO, et al.,

                Defendants.
----------------------------------------------------------------X
GARAUFIS, United States District Judge.

On November 8, 2006, this court issued an order staying the proceedings pending the determination of a bankruptcy proceeding filed by Defendant Strauss Discount Auto ("Defendant"). On April 4, 2007, Plaintiff Gazi Hossain ("Plaintiff") moved to reopen the case. By letter dated April 14, 2007, Defendant advised this court that the bankruptcy proceedings are still pending. Plaintiff Gazi A. Hossain has moved for reconsideration of this court's Order dated April 23, 2007 denying Hossain's motion to reopen the case. Hossain has not provided to this court any issue or fact that requires a different outcome in this case. Indeed, Hossain merely advances the same arguments he presented to this court in his original motion, and therefore his motion is properly rejected. See Shrader v. CSX Transportation, Inc., 70 F.3d 255, 257 (2d Cir. 1995).

This court reaffirms its Order dated April 23, 2007. The instant motion for reconsideration of this court's denial of Hossain's motion to reopen the case is DENIED.

SO ORDERED.

Dated: May 24, 2007
      Brooklyn, N.Y.

/signed/
_____
Nicholas G. Garaufis
United States District Judge